The People of the State of Illinois, defendant in error, v. Juan Hand, plaintiff in error. Gen. No. 37,288.

Heard in the first division of this court for the first district at the February term, 1934.
Opinion filed April 2, 1934.

Faulkner & Faulkner, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, J. Albert Woll, Henry E. Seyfarth and Amos P. Scruggs, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Salvatore Genualdi and Virginia Genualdi, appellees, v. Metropolitan Life Insurance Company, appellant. Gen. No. 37,338.

Heard in the first division of this court for the first district at the February term, 1934.
Opinion filed April 2, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. Arnd, Gavin, Tearney & Hanley, for appellees; Frederick Arnd, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Emma Martin, appellee, v. Evans Fur Company et al., appellants. Gen. No. 37,387.

Heard in the first division of this court for the first district at the February term, 1934. Opinion filed April 2, 1934.

Rittenhouse, Marovitz & Marovitz, for appellants; Harold Marovitz, of counsel. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Fred Oser et al., appellants, v. Thomas E. Maloy et al., appellees. Gen. No. 37,136.

Heard in the first division of this court for the first district at the October term, 1933.
Opinion filed April 2, 1934. Rehearing denied April 17, 1934.

Benjamin J. Schultz, for appellants; Charles E. Lounsbury and Harry S. Ditchburne, of counsel. Thomas D. Nash and Michael J. Ahern, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.